UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALGA ANTOINETTE JONES,

      Plaintiff,

                                Case No. 12-cv-11785

v.

                                Paul D. Borman
                                United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,
                                Charles E. Binder
                                United States Magistrate Judge

      Defendant.

_____/

### ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Dkt. No. 12), (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 8), and (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 11)

Before the Court is Magistrate Judge Charles E. Binder's Report and Recommendation to

deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment,

and affirm the findings of the Commissioner. (Dkt. No. 12.)

Having reviewed that Report and Recommendation, and there being no timely objections

from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the

Magistrate  Judge's Report and Recommendation, **DENIES** Plaintiff's Motion for Summary

Judgment, and **GRANTS** Defendant's Motion for Summary Judgment.

This Order closes the case.

**IT IS SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 3-25-13